Argued December 1, affirmed December 15, 1972, petition
for rehearing denied January 17, petition for
review denied March 21, 1973

STATE OF OREGON, *Respondent, v.* JOE BERRY
BISHOP (Nos. 101826 and 101827), *Appellant.*

503 P2d 721

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.

PER CURIAM.

AFFIRMED. *State v. Darroch,* 8 Or App 32, 492 P2d
308 (1971), *aff'd* 264 Or 54, 504 P2d 84 (1972), *cert
denied* 412 US 948 (1973).